UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>DANIELLE E. PHILLIPS, ESQ. PRINCIPAL APPELLATE COURT ATTORNEY,<br><br>                    Defendant. | 24cv9311 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 10, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 18, 2024
             New York, New York

                                                               /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                        Chief United States District Judge